**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christian Jesus Torres Carrazo, Petitioner, v. Luis Rosa, Jr., et al., Respondents. | No. CV-26-06184-PHX-SPL **ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state: "Undersigned counsel is unable to ascertain sufficient facts at this time to respond to Petition for Writ of Habeas Corpus and, accordingly, Respondents do not oppose Petitioner's request for release." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 9th day of September, 2026.

Honorable Steven P. Logan
United States District Judge